**NDIS**
R. DUANE FRIZELL, ESQ
Nevada Bar No. 9807
JONATHAN C. CALLISTER, ESQ.
Nevada Bar No. 8011
CALLISTER & FRIZELL
8275 South Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone (702) 657-6000
Fax (702) 657-0065
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE GOTSHALK; LEONARD GOTSHALK; CLINTON HALL, LLC; RICHARD MAHER; and PATRICK O'LOUGHLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER HELLWIG; ANTHUS LIFE CORP; DELPHINA GROUP; NICK PLESSAS; STAKOOL, INC.; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | CASE NO: 2:13-cv-00448-RCJ-NJK |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

### (DELPHINA GROUP AND NICK PLESSAS)

Notice is hereby given that Plaintiffs Kyle Gotshalk ("Kyle"), Leonard Gotshalk ("Leonard"), Clinton Hall, LLC ("Clinton Hall"), Richard Maher ("Maher"), and Patrick O'Loughlin ("O'Loughlin"), by and through their counsel of record, R. Duane Frizell, Esq. of Callister & Frizell, hereby voluntarily dismiss, without prejudice, all causes of action on file herein against Defendants, DELPHINA GROUP and NICK PLESSAS, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i) each party to bear their own fees and costs.

DATED this 31ST day of July, 2013.

Respectfully submitted,

CALLISTER & FRIZELL

By: _____
R. DUANE FRIZELL
Nevada Bar No. 9807
*Attorneys for Plaintiffs*

1