1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**
7                               **DISTRICT OF NEVADA**
8

9    Kyle Gotshalk, et al.,                    Case No.: 2:13-cv-448-JAD-NJK
10                    Plaintiffs
11                        v.                     **Order Granting Plaintiff's Motion
12   Peter Hellwig, et al.,                      to Expedite for Court's Immediate
                                                 Review of Plaintiff's Application for
13                    Defendants                 Default Judgment Against
                                                 Defendant Stakool, Inc. [Doc. 20]
14                                               and Setting Hearing on Plaintiff's
15                                               Application for Default Judgment
                                                 Against Defendant Stakool, Inc.
16                                               [Doc. 15]
17

18          Pending before the Court are two motions filed by Plaintiffs Kyle Gotshalk et al.[1]:
19   Plaintiff's Application for Default Judgment Against Defendant Stakool, Inc. [Doc. 15] and
20   Plaintiff's Motion to Expedite for Court's Immediate Review of Plaintiff's Application for
21   Default Judgment Against Defendant Stakool, Inc. [Doc. 20].  In Doc. 15 Plaintiffs seek an
22   Order from the Court entering a default judgment against Defendant Stakool, Inc.; in Doc.
23   20, Plaintiffs seek expedited consideration of the same.  No opposition to either motion has
24   been filed.
25          The Court grants the request for expedited review but finds that a prove-up hearing is
26   necessary to determine whether a default judgment should be entered pursuant to FRCP
27
28

---

[1]Other Plaintiffs joining in this Motion are Leonard Gotshal, Clinton Hall, LLC, Richard Maher, and
Patrick O'Loughlin.  Doc. 15, p. 1.

55(b)(2) and, in the event it is, the full extent of that judgment.  Accordingly, and with good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Expedite Review of the Application for Default Judgment Against Defendant Stakool, Inc. **[Doc. 20] is GRANTED**;

IT IS FURTHER ORDERED that **the Court will conduct a prove-up hearing on the Application for Default Judgment [Doc. 15] in Courtroom 6D on Monday, October 21, 2013, at 2 p.m.**  Plaintiffs are instructed to be prepared to offer proof in accordance with FRCP 55(b)(2)(A)-(D) and proof of attorney's fees and costs pursuant to FRCP 54(d) and Local Rule 54.  Counsel shall deliver to the Court courtesy copies of any exhibits that Plaintiff intends to introduce at the prove-up hearing no later than 5 p.m. on Thursday, October 17, 2013.

DATED: October 7, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE