UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

KYLE GOTSHALK; LEONARD GOTSHALK; CLINTON HALL, LLC., RICHARD MAHER; and PATRICK O'LOUGHLIN,

    Plaintiffs,

vs.

PETER HELLWIG; ANTHUS LIFE CORP.; DELPHINA GROUP; NICK PLESSAS; STAKOOL, INC.,

    Defendants.

2:13-CV-448-JAD-NJK

**O R D E R**

    Pending before the Court is Plaintiffs Kyle Gotshalk, Leonard Gotshalk, Clinton Hall, LLC, Richard Maher, and Patrick O'Loughlin's Motion to Continue Hearing on Plaintiff's Application for Default Judgment Against Defendant Stakool, Inc., (Doc. #36). Plaintiffs request that the prove-up hearing on their Application for Default Judgment (Doc. #15) be continued for 90 days so that the parties may continue their settlement discussions. Given that the Court has previously granted two prior motions to continue the prove-up hearing on this July 11, 2013, motion (Docs. #30, 31, 34, 35), it is disinclined to grant a continuance for the entirety of the 90-day period requested. Therefore, the Court continues the hearing for approximately two months to allow the parties adequate time to finalize their ongoing settlement discussions. Accordingly, Plaintiffs' Expedited Motion to Continue Hearing on Plaintiffs' Application for Default Judgment Against Defendant Stakool, Inc. (Doc. #36) is GRANTED to the extent the Court's prove-up hearing on Plaintiffs' Application for Default Judgment (Doc. #15) is CONTINUED from 1/27/2014 to 3/21/2014 at 9:00 a.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey.

    Dated: January 22, 2014..

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE