**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE GOTSHALK, et al., | )<br>) |
| Plaintiff(s), | ) Case No. 2:13-cv-00448-JAD-NJK |
| vs. | ) ORDER SETTING HEARING ON<br>) MOTION TO WITHDRAW AS |
| PETER HELLWIG, et al., | ) ATTORNEY<br>) (Docket No. 38) |
| Defendant(s). | ) |

Pending before the Court is a motion to withdraw as counsel, filed by Plaintiffs' counsel. Docket No. 38. The Court hereby orders that any response be filed no later than March 10, 2014. The motion to withdraw is hereby set for hearing for March 11, 2014 at 4:00 p.m. in Courtroom 3D. Plaintiffs are hereby ORDERED to attend the hearing. Plaintiffs' counsel is ORDERED to notify Plaintiffs of their required attendance and to file a proof of service with the Court no later than March 5, 2014. Any new counsel retained to represent Plaintiffs in this matter is also ordered to attend. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: March 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge