# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE GOTSHALK, et al., | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-00448-JAD-NJK |
| vs. | ) ORDER SETTING TELEPHONIC HEARING |
| PETER HELLWIG, et al., | ) |
| Defendant(s). | ) |

The parties' proposed discovery plan requested that a settlement conference be conducted by the undersigned. Docket No. 64 at 4. The Court hereby SETS a telephonic hearing on that request for February 27, 2015, at 1:30 p.m. Counsel shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: February 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge