1  A.M. SANTOS LAW, CHTD.
   ANTONY M. SANTOS, ESQ.
2  Nevada Bar No. 11265
   tony@amsantoslaw.com
3  3275 S. Jones Blvd. Ste. 104
   Las Vegas, Nevada  89146
4  Phone:     (702) 749-4594
   Facsimile: (702) 543-4855
5  Attorney for Defendant Stakool, Inc.

6                          **UNITED STATES DISTRICT COURT**

7                                 **DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE GOTSHALK; LEONARD GOTSHALK; CLINTON HALL, LLC; RICHARD MAHER; and PATRICK O'LOUGHLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER HELLWIG; ANTHUS LIFE CORP; DELPHINA GROUP; NICK PLESSAS; STAKOOL, INC.; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | Case No.: 2:13-cv-00448-JAD-NJK<br><br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE**<br>**STATUS CONFERENCE** |
| STAKOOL, INC.,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>KYLE GOTSHALK; LEONARD GOTSHALK; CLINTON HALL, LLC; RICHARD MAHER; and PATRICK O'LOUGHLIN,<br><br>Counter Defendants. | |

   Plaintiffs KYLE GOTSHALK, LEONARD GOTSHALK, CLINTON HALL, LLC, RICHARD MAHER, and PATRICK O'LOUGHLIN, and Defendants STAKOOL, INC. by and through their undersigned counsel of record hereby stipulate to continue the Status Conference currently set for June 1, 2015 at 10:00 a.m. The parties are available to reschedule on the following: June 8, 2015 at 2:00 p.m.; June 10, 2015 at 10:00 a.m. or 2:00 p.m. or June 17, 2015 at 10:00 a.m.



**A.M. SANTOS LAW CHTD.**
3275 S. Jones Blvd. Ste. 104
Las Vegas, NV 89146
Tel 702-749-4594
Fax 702-543-4855

This stipulation is not made for the purpose of improper delay or any other improper purpose but rather in an effort to resolve a scheduling conflict, avoid needless expense on the part of the parties hereto, as well as to conserve the resources of this Court.

Now, therefore, IT IS HEREBY STIPULATED by and between all the parties to this action that the Status Conference, currently set for June 1, 2015, be continued to a date and time at the Court's convenience.

IT IS SO STIPULATED.

Dated: May 27th, 2015                    CALLISTER & FRIZELL

                                         _/s/ R. Duane Frizell_
                                         By: R. Duane Frizell, Esq.
                                         Attorneys for Plaintiffs
                                         Kyle Gotshalk, Leonard Gotshalk,
                                         Clinton Hall, LLC, Richard Maher,
                                         and Patrick O'Loughlin

Dated: May 27th, 2015                    A.M. SANTOS LAW, CHTD.

                                         _/s/ Antony M. Santos_
                                         By: Antony M. Santos, Esq.
                                         Attorneys for Defendant
                                         Stakool, Inc.

## **ORDER**

Based on the Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the Status Conference currently set for June 1, 2015, be and is hereby is continued to June  10  , 2015, at the hour of  2:00 p.m. in Courtroom 3D

IT IS SO ORDERED.

DATED: May  27   2015.

_____
NANCY J. KOPPE
United States Magistrate Judge

A.M. SANTOS LAW CHTD.
3275 S. Jones Blvd. Ste. 104
Las Vegas, NV 89146
Tel 702-749-4594
Fax 702-543-4855