1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                        DISTRICT OF NEVADA

10

11    KYLE GOTSHALK, et al.,                    )
                                                )       Case No. 2:13-cv-00448-JAD-NJK
              Plaintiff(s),                      )
12                                               )       ORDER RE: MOTION TO
      vs.                                        )       WITHDRAW
13                                               )
      PETER HELLWIG, et al.,                     )       (Docket No. 87)
14                                               )
              Defendant(s).                      )
15    _____ )

16          Pending before the Court is a motion to withdraw as attorney for Defendant Stakool, Inc.  Docket

17    No. 87.  The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on February 26, 2016, in

18    Courtroom 3C.  Defendant Stakool, Inc. and its current counsel shall appear at the hearing in person.

19    Any newly retained counsel shall also appear in person.  THERE WILL BE NO EXCEPTIONS TO

20    THESE APPEARANCE REQUIREMENTS.  No later than February 16, 2016, Defendant Stakool,

21    Inc.'s current counsel of record shall serve Stakool with this order and shall file a proof of service.  Any

22    response to the motion to withdraw shall be filed no later than February 22, 2016.  Lastly, the Court

23    wishes to highlight that corporations may appear in federal court only through licensed counsel. *United*

24    *States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

25          IT IS SO ORDERED.

26          DATED:   February 11, 2016

27                                                        _____
                                                          NANCY J. KOPPE
28                                                        United States Magistrate Judge