UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kyle Gotshalk, et al.,

    Plaintiffs

v.

Peter Hellwig, et al.,

    Defendants

2:13-cv-00448-JAD-NJK

**Order Adopting in Part Report and Recommendation, Entering Default against Stakool, and Dismissing Stakool's Counterclaims with Prejudice**

[ECF No. 92]

    On February 26, 2016, Magistrate Judge Koppe ordered defendant and counter-claimant Stakool Inc. to retain counsel and enter a notice of appearance by March 25, 2016.[1] When Stakool failed to comply, Magistrate Judge Koppe ordered Stakool to show cause why case-dispositive sanctions should not be entered against it,[2] and expressly warned that failure to respond to that order would result in a recommendation of dismissal.[3] The deadline to respond expired, and Stakool did not appear or respond to the magistrate judge's show-cause order.

    On April 15, 2016, Magistrate Judge Koppe issued a report recommending that I (1) enter default judgment against Stakool and (2) dismiss Stakool's counterclaims with prejudice.[4] She reasoned that "[s]anctions less drastic than default judgment and dismissal are unavailable because Stakool has willfully refused to comply with multiple court orders despite the warning that dismissal may result."[5] Objections to the report and recommendation were due by May 2, 2016, and Stakool

---

[1] ECF No. 90.

[2] ECF No. 91.

[3] *Id.*

[4] ECF No. 92.

[5] *Id.* at 1.

has not filed an objection or requested an extension to do so.[6]

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[7]  I find that Stakool's failure to object to the report and recommendation combined with its repeated refusals to comply with this court's orders justify a Clerk's entry of default and dismissal sanctions.  I therefore adopt in part Magistrate Judge Koppe's report and recommendation, enter default against Stakool, and dismiss Stakool's counterclaims with prejudice.  But because plaintiffs must prove damages, I decline to enter default judgment at this time.  And because defaults have now been entered against all defendants,[8] the time is ripe for plaintiff to file a motion for default judgment.

## Conclusion

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **Magistrate Judge Koppe's report and recommendation [ECF No. 92] is ADOPTED in part; the Clerk of Court is instructed to enter default against Stakool, and Stakool's counterclaim is dismissed with prejudice.**

**Plaintiffs are instructed to file a motion for default judgment by May 20, 2016.**

Dated this 11th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[6] L.R. IB 3-2.

[7] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[8] ECF No. 26 (Clerk's entry of default against Anthus Life Corp. and Peter Hellwig).