AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

KYLE GOTSHALK, ET AL

Plaintiffs,

V.

PETER HELLWIG, ET AL

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00448-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered against Hellwig, Anthus, and Stakool/Fresh Promise jointly and severally and in favor of plaintiffs as follows:

(1) for Clinton Hall in the amount of $196,800;
(2) for Kyle Gotshalk in the amount of $210,000;
(3) for Richard Maher in the amount of $25,000; and
(4) for plaintiffs in the amount of $67,846.89 for attorney's fees and costs.

3/30/2017
Date

/s/ Debra K. Kempi
Clerk

/s/ Danielle Cacciabaudo
(By) Deputy Clerk