# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KYLE GOTSHALK, et al.,

    Plaintiff(s),

vs.

PETER HELLWIG, et al.,

    Defendant(s).

Case No. 2:13-cv-00448-JAD-NJK

ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW

(ECF No. 112)

    Plaintiffs' counsel seeks to withdraw from this case.[1] Counsel indicates that plaintiffs have not paid for their service for nearly two years, and that there has been a breakdown in communications.[2] For good cause shown, **I GRANT [ECF No. 112] the motion to withdraw.** Plaintiffs' counsel must serve this order on plaintiffs immediately, and must file proof of that service by April 14, 2017. Plaintiffs' counsel must also file a last known address for plaintiff Clinton Hall, LLC by April 10, 2017. The Clerk's Office is **INSTRUCTED to update the docket with plaintiffs' addresses** as listed at Docket No. 112 at 4, as well as to update the address for Plaintiff Clinton Hall, LLC once that address is filed by counsel.

    Corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Therefore, **I ORDER plaintiff Clinton Hall, LLC to retain new counsel and for that new counsel to file a notice of appearance by April 27, 2017.**

    I further **EXTEND to May 5, 2017,** the deadline for plaintiffs to seek further relief as outlined in my order at ECF No. 110.

    IT IS SO ORDERED.   DATED: April 7, 2017

                                          JENNIFER DORSEY
                                          United States District Judge

---

[1] ECF No. 112.

[2] *Id.* at 2.